UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-170-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY JOHNSON | ORDER ON<br>MOTION TO SEAL |

The Court grants Defendant's Motion to Seal Document. [DE 51.] Dr. Claudia Coleman's Forensic Report [DE 50] shall be filed under seal, and will remain so sealed until further ordered by the Court. SO ORDERED. This the 22nd day of June, 2012.

_____
TERRENCE W. BOYLE
United States District Judge